UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALIUSKA JIMENEZ,

    Plaintiff,

v.                                         Case No: 2:17-cv-120-FtM-99CM

GCA SERVICES GROUP, INC.,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on review of Plaintiff's Response (Doc. 11) to the Court's Order to Show Cause (Doc. 10), directing Plaintiff to show cause why this case should not be dismissed for failure to move for a clerk's default. Plaintiff states that she has been in contact with defense counsel and agreed to an extension of time until April 21, 2017 for Defendant to respond. Plaintiff states that she now realizes that Defendant should have moved the Court for additional time to respond, and requests that the Court allow the extension. The Court will allow the extension, but in the future any request for additional time must be submitted by motion to the Court.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Defendant shall have up to and including **April 21, 2017** to respond to the Complaint.

(2) The Court will take **no further action** on its Order to Show Cause (Doc. 10).

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of April, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record